**ACS RECOVERY SERVICES, INC.; FKI Industries, Inc., Plaintiffs–Appellants,**

v.

**Larry GRIFFIN; Willie Earl Griffin; Larry Griffin Special Needs Trust; Judith Griffin, Defendants–Appellees.**

No. 11–40446.

United States Court of Appeals, Fifth Circuit.

July 13, 2012.

David Alan Belofsky (argued), Belofsky & Belofsky, Chicago, IL, Jared Ross Barrett, Bull & Barrett, L.L.P., Longview, TX, for Plaintiffs–Appellants.

Leland Alan Reinhard, Cleburne, TX, Gerald W. Livingston (argued), Dallas, TX, for Defendants–Appellees.

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion April 2, 2012, 5th Cir., 2012, 676 F.3d 512)

Before JONES, Chief Judge, and JOLLY, DAVIS, SMITH, GARZA, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

We deny these and any other outstanding motions.

1. Judge King did not participate.